**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SKIP HOP, INC., | ) | |
| *Plaintiff*, | ) | |
| | ) | C.A. No. |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| KIDS2, LLC. | ) | |
| *Defendant*. | ) | |

# COMPLAINT

Plaintiff Skip Hop, Inc. ("Skip Hop"), for its Complaint against Defendant Kids2, LLC ("Kids2" or "Defendant"), hereby alleges as follows:

## SUMMARY OF NATURE OF THE ACTION

1. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* Skip Hop asserts infringement of U.S. Patent No. 11,172,764 (the "'764 patent" or the "Asserted Patent"), which is directed to a combination high chair and step stool embodied in Skip Hop's convertible high chair products, including but not limited to its Skip Hop Baby High Chair 2-in-1 Sit-to-Step Convertible High Chair.

## THE PARTIES

2. Plaintiff Skip Hop, Inc. is a corporation organized and existing under the laws of the State of New York, with a principal place of business at 200 5th Avenue, 7th Floor, New York, NY 10010.

3. Upon information and belief, Defendant Kids2, LLC is a limited liability company organized and existing under the laws of the State of Georgia, with its principal place of business at 3333 Piedmont Road, Suite 1800, Atlanta, Georgia 30305.

4. Upon information and belief, Kids2 makes, uses, sells, and offers for sale in the United States, including in this District, and/or imports into the United States, a variety of products for infants and young children, including high chair products, under brands such as Ingenuity®.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Kids2 because Kids2 is organized under the laws of the State of Georgia and maintains its principal place of business in this District; Kids2 is, therefore, at home in Georgia.

7. In addition, Kids2 has committed acts of patent infringement in violation of 35 U.S.C. § 271 in this District, and Kids2 has placed infringing products

into the stream of commerce, through an established distribution channel, with the knowledge and/or understanding that such products are shipped into, sold, and/or used in this District. These acts have caused, and continue to cause, injury to Skip Hop within this District. Kids2 derives substantial revenue from the sale of infringing products distributed within this District. Kids2 expects or should reasonably expect its actions to have consequences within this District, and Kids2 derives substantial revenue from interstate commerce.

8. By making, using, selling, offering for sale, and/or importing the Accused Product in this District, Kids2 has purposefully availed itself of the privileges of conducting business in Georgia; and Skip Hop's causes of action arise directly from Kids2's contacts with, and activities in, this District and the State of Georgia.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b) because, among other reasons, Kids2 resides in this District through its incorporation in Georgia; maintains its principal place of business at 3333 Piedmont Road, Suite 1800, Atlanta, Georgia 30305, which is located within this District; has a regular and established place of business in this judicial district; and has committed acts of infringement in this District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 11,172,764 (35 U.S.C. § 271)

10. Skip Hop repeats and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

11. On November 16, 2021, the United States Patent and Trademark Office duly and lawfully issued the '764 patent, entitled "Feature High Chair." A true and correct copy of the '764 patent is attached as **Exhibit A**.

12. The '764 patent lists Jillian K. Tackaberry, John Healy, D. Matthew Puhalla, Benjamin Bearsch, Kyle A. Buzzard, Dah Rong Kao, and Scott Harold Wilson as inventors.

13. Skip Hop is the owner of all rights and interests in the '764 patent, including the right to enforce and recover all damages for infringement thereof.

14. The '764 patent is valid and enforceable.

15. Skip Hop practices the '764 patent through its convertible high chair products, including Skip Hop Baby High Chair 2-in-1 Sit-to-Step Convertible High Chair.

16. Skip Hop has complied with the marking requirements of 35 U.S.C. § 287(a).

17. Kids2 has never been licensed, expressly or impliedly, under the '764 patent, and has no authorization from Skip Hop to make, use, sell, offer for sale, or import products embodying the inventions claimed in the '764 patent.

18. Kids2 makes, uses, sells, offers for sale within the United States, and/or imports into the United States the Ingenuity® Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair directly to consumers and through third-party retailers, including within this District.

19. Kids2 has infringed and continues to infringe, literally and/or under the doctrine of equivalents, by its manufacture, use, sale, importation, and/or offer for sale of certain convertible high chair products that embody one or more claims of the ‘764 patent, including but not limited to the following convertible high chair products: the Ingenuity® Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair as SKUs 16870 and 16871 (“the Accused Products”).

20. By way of example, claim 2 of the ’764 patent recites as follows:

> A combination high chair and step stool, comprising:
>
> a base comprising: a first pair of legs; a second pair of legs; a first step disposed at a first elevation between at least one of the first pair of legs and at least one of the second pair of legs; a second step disposed at a second elevation between the at least one of the first pair of legs and the at least one of the second pair of legs; a first bracket portion; a second bracket portion; a first hinge pivotally joining the first pair of legs and comprising the first bracket portion; and a second hinge pivotally joining the second pair of legs and comprising the second bracket portion; and
>
> a seat comprising: a first mounting member configured to be selectively attached to the first bracket portion; and a second mounting member configured to be selectively attached to the second bracket portion.

21. The Accused Products embody each and every limitation of one or more claims of the ’764 patent.

22. By way of example, Defendant's Ingenuity® Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair (SKU 16870) meets each and every limitation of claim 2 of the '764 patent, as shown below:

| **Claim 2, the '764 patent** | **Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair")** |
|---|---|
| **2[pre]** A combination high chair and step stool, comprising: | The Kids2 High Chair is a combination high chair and step stool.<br><br>https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |

| **Claim 2, the '764 patent** | **Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair")** |
|---|---|
| |  https://www.kids2.com/collections/ingenuity-highchairs/products/16870-000-ingenuity-proper-positioner-create-up-multi-mode-folding-high-chair-soulful-skies |
| **2[a]** a base comprising: | The Kids2 High Chair has a base. |

| **Claim 2, the '764 patent** | **Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair")** |
| --- | --- |
| | <br><br>https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf<br><br><br>https://www.kids2.com/collections/ingenuity-highchairs/products/16870-000-ingenuity-proper- |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| | positioner-create-up-multi-mode-folding-high-chair-soulful-skies |
| **2[b]** a first pair of legs; | The Kids2 High Chair has a first pair of legs.   https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[c]** a second pair of legs; | The Kids2 High Chair has a second pair of legs. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[d]** a first step disposed at a first elevation between at least one of the first pair of legs and at least one of the second pair of legs; | The Kids2 High Chair has a first step disposed at a first elevation between the first pair of legs and at least one of the second pair of legs. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[e]** a second step disposed at a second elevation between the at least one of the first pair of legs and the at least one of the second pair of legs; | The Kids2 High Chair has a second step disposed at a second elevation between the at least one of the first pair of legs and the at least one of the second pair of legs. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[f]** a first bracket portion; | The Kids2 High Chair has a first bracket portion. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
| --- | --- |
| |  |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| | https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[g]** a second bracket portion; | The Kids2 High Chair has a second bracket portion.   |

| **Claim 2, the '764 patent** | **Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair")** |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[h]** a first hinge pivotally joining the first pair of legs and comprising the first bracket portion; and | The Kids2 High Chair has a first hinge pivotally joining the first pair of legs and comprising the first bracket portion. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[i]** a second hinge pivotally joining the second pair of legs and comprising the second bracket portion; and | The Kids2 High Chair has a second hinge pivotally joining the second pair of legs and comprising the second bracket portion. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[j]** a seat comprising: | The Kids2 High Chair has a seat. |

| **Claim 2, the '764 patent** | **Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair")** |
|---|---|
| |   https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[k]** a first mounting member configured to be selectively attached to the first bracket portion; and | The Kids2 High Chair has a first mounting member configured to be selectively attached to the first bracket portion. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |   https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |
| **2[l]** a second mounting member configured to be selectively attached to the second bracket portion. | The Kids2 High Chair has a second mounting member on the seat configured to be selectively attached to the second bracket portion. |

| Claim 2, the '764 patent | Ingenuity Proper Positioner Create Up Multi-Mode Deluxe Folding High Chair, SKU 16870 ("Kids2 High Chair") |
|---|---|
| |  https://images.salsify.com/image/upload/s--iAl4mGiv--/u5eqnrbmw6enrsdlf315.pdf |

23. Kids2's infringement of the '764 patent has been, and continues to be, willful, wanton, and deliberate. Kids2's willful infringement entitles Skip Hop to enhanced damages pursuant to 35 U.S.C. § 284 and to its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285. Consistent with Skip Hop's compliance with the marking requirements of 35 U.S.C. § 287(a), and in any event at least as of the date of this Complaint, Kids2 has had knowledge of the '764 patent. Kids2 has infringed and continues to infringe the '764 patent despite a high likelihood that its actions constituted infringement.

24. Kids2 is a direct competitor of Skip Hop, and the Accused Products compete directly with Skip Hop's own convertible high chair products that embody the '764 patent. Skip Hop has lost, and continues to lose, market share, customers, revenue, and profits as a result of Kids2's infringement of the '764 patent.

25. Kids2's infringement has caused and, unless enjoined, will continue to cause, irreparable harm to Skip Hop for which there is no adequate remedy at law. Skip Hop's business interests and goodwill have been and continue to be harmed by Kids2's infringement, the balance of hardships favors Skip Hop, and the public interest would be served by an injunction.

26. Skip Hop has been, and continues to be, injured and damaged by Kids2's infringement of the '764 patent, including through lost profits. Skip Hop is entitled to damages adequate to compensate it for Kids2's infringement, including but not limited to a reasonable royalty under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Skip Hop respectfully requests that this Court enter judgment in its favor and against Kids2 as follows:

A. Finding that Kids2 has infringed, directly and/or under the doctrine of equivalents, one or more claims of the '764 patent;

B. Finding that Kids2's infringement of the '764 patent has been willful;

C. Preliminarily and permanently enjoining Kids2, and its officers, directors, agents, servants, affiliates, employees, subsidiaries, parents, licensees, assigns, and all others acting in concert or participation with it, from further infringement of the ’764 patent under 35 U.S.C. § 283;

D. Awarding Skip Hop damages adequate to compensate it for Kids2’s infringement of the ’764 patent along with pre- and post-judgment interest, and trebling such damages under 35 U.S.C. § 284;

E. Finding that this case is an exceptional case under 35 U.S.C. § 285, and that Skip Hop be awarded its reasonable attorneys’ fees, costs, and expenses incurred in this action;

F. Awarding Skip Hop its actual and compensatory damages; and

G. Awarding to Skip Hop such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Skip Hop hereby demands a trial by jury on all issues so triable.

Dated: October 9, 2026 **GREENBERG TRAURIG, LLP**

By: */s/ Fredric J. Bold, Jr.*
Fredric J. Bold, Jr.
Georgia Bar No. 544604
Terminus 200
3333 Piedmont Road NE, Suite 2500

Atlanta, GA 30305
Rick.Bold@gtlaw.com
678-553-2100

Eric J. Maiers (*pro hac vice* forthcoming)
Illinois Bar No. 6286775
Matthew J. Levinstein (*pro hac vice* forthcoming)
Illinois Bar No. 6300343
Erik M. Bokar (*pro hac vice* forthcoming)
Illinois Bar No. 6326603
Ewa A. Wojciechowska (*pro hac vice* forthcoming)
Illinois Bar No. 6336966
Greenberg Traurig, LLP
360 N. Green St., Suite 1300
Chicago, IL 60607
Eric.Maiers@gtlaw.com
levinsteinm@gtlaw.com
bokare@gtlaw.com
ewa.wojciechowska@gtlaw.com
312-456-8400

***Attorneys for Plaintiff Skip Hop, Inc.***